SIGLER, Appellant, v. LEHR, Respondent.

(153 N. W. 935.)

(File No. 3843.  Opinion filed August 28, 1915.)

**Appeals—Review—Unremedied Want of Assignments of Error—Affirmance.**

There being no assignments of error on this appeal, and the defect not having been remedied after respondent's brief mentions the defect, there is nothing for review, and the order appealed from is affirmed.

Appeal from Circuit Court, McPherson County.  Hon. THOMAS L. BOUCK, Judge.

Action by E. C. Sigler against Katrina Lehr.  From an order for defendant on taxation of costs, plaintiff appeals.  Affirmed.

L. T. Van Slyke, and E. C. Sigler, for Appellant.

Williamson & Williamson, for Respondent.

Respondent cited:  Laws 1913, Chaps. 172, 178; Sup. Ct. Rules 5, 6, 7.

GATES, J.  This is apparently an appeal from a taxation of costs.  There is no assignment of errors; consequently there is nothing before us for review.  As in the case of McCall v. Crocker, —— S. D. —— 153 N. W. 761, this defect was called to the attention of appellant in respondent's brief, but the same was not remedied.

The order appealed from is affirmed.